| | |
|---|---|
| 1 | LAW OFFICES OF P. RANDALL NOAH |
|   | P. RANDALL NOAH  Bar No. 136452 |
| 2 | pnoah@ix.netcom.com |
|   | 21 Orinda Way, Suite C, #316 |
| 3 | Orinda, California 94563 |
|   | Telephone:  (925) 253-5540 |
| 4 | Facsimile:  (925) 253-5542 |
| 5 | Attorneys for Plaintiff |
|   | Gary P. Hill |
| 6 | |
|   | SEDGWICK LLP |
| 7 | REBECCA A. HULL  Bar No. 99802 |
|   | rebecca.hull@sedgwicklaw.com |
| 8 | ERIN A. CORNELL Bar No. 227135 |
|   | erin.cornell@sedgwicklaw.com |
| 9 | 333 Bush Street, 30th Floor |
|   | San Francisco, California 94104 |
| 10 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 11 | |
|   | Attorneys for Defendant |
| 12 | Metropolitan Life Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY P. HILL, | CASE NO. 3:11-CV-00595 SI |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATE:  September 20, 2011          SEDGWICK LLP


By: /s/ Erin A. Cornell
  Rebecca A. Hull
  Erin A. Cornell
  Attorneys for Defendant
  Metropolitan Life Insurance Company

DATE:   September 20, 2011         LAW OFFICES OF P. RANDALL NOAH


By: /s/ P. Randall Noah (as authorized on 9/16/2011)
  P. Randall Noah
  Attorneys for Plaintiff
  Gary P. Hill

**IT IS SO ORDERED.**

DATED:     9/21/11

HONORABLE SUSAN ILLSTON

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE