1  LAW OFFICES OF P. RANDALL NOAH
   P. RANDALL NOAH  Bar No. 136452
2  pnoah@ix.netcom.com
   21 Orinda Way, Suite C, #316
3  Orinda, California 94563
   Telephone:  (925) 253-5540
4  Facsimile:  (925) 253-5542

5  Attorneys for Plaintiff
   Gary P. Hill
6
   SEDGWICK LLP
7  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
8  ERIN A. CORNELL Bar No. 227135
   erin.cornell@sedgwicklaw.com
9  333 Bush Street, 30th Floor
   San Francisco, California 94104
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11
   Attorneys for Defendant
12 Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GARY P. HILL, | CASE NO. 3:11-CV-00595 SI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATE:  September 20, 2011         SEDGWICK LLP


By:  /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendant
    Metropolitan Life Insurance Company

DATE:   September 20, 2011         LAW OFFICES OF P. RANDALL NOAH


By:  /s/ P. Randall Noah (as authorized on 9/16/2011)
    P. Randall Noah
    Attorneys for Plaintiff
    Gary P. Hill

**IT IS SO ORDERED.**

DATED:     9/21/11

_____
HONORABLE SUSAN ILLSTON